# CHOUDHARY LAW OFFICE

### Nilesh Choudhary
Attorney at Law

March 19, 2012

**VIA US MAIL**
United States District Court
Magistrate Judge Joseph A. Spero
Courtroom G, Department 15
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

**Re:**   Nor. Cal. Sheet Metal v. Stanton Mechanical, Inc. v. Stanton Mechanical, Inc
Case No.  CV114484 – Request to Appear by Telephone for Case Management Conference

Dear Honorable Judge Spero:

Please treat this correspondence as Defendant Stanton Mechanical, Inc.'s request to appear by telephone for the case management conference scheduled for April 6, 2012 at 1:00 p.m.  My telephone number for purposes of the appearance is (916) 526-2770.

If you have any questions, please do not hesitate to contact the undersigned.

Sincerely,


Nilesh Choudhary

IT IS HEREBY ORDERED that counsel shall be on phone standby on 4/6/12 beginning at 1:30 PM and await the Court's call.

Dated: March 26, 2012

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

---

**2377 Gold Meadow Way, Suite 100, Gold River, CA  95670 ● ph (916) 526-2770 ● fx (916) 740-4672**
**www.choudharylaw.com**