# CHOUDHARY LAW OFFICE

## Nilesh Choudhary
Attorney at Law

March 19, 2012

**VIA US MAIL**

United States District Court
Magistrate Judge Joseph A. Spero
Courtroom G, Department 15
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

**Re:    Nor. Cal. Sheet Metal v. Stanton Mechanical, Inc. v. Stanton Mechanical, Inc
Case No.  CV114484 – Request to Appear by Telephone for Case Management
Conference**

Dear Honorable Judge Spero:

Please treat this correspondence as Defendant Stanton Mechanical, Inc.'s request to appear by
telephone for the case management conference scheduled for April 6, 2012 at 1:00 p.m.  My
telephone number for purposes of the appearance is (916) 526-2770.

If you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

Nilesh Choudhary

IT IS HEREBY ORDERED that counsel shall be on phone standby on 4/6/12 beginning
at 1:30 PM and await the Court's call.

Dated: March 26, 2012

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA