ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415) 729-9006
Facsimile: (415) 729-9023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STANTON MECHANICAL, etc., <br><br> Defendant. | NO. C 11 4484 JCS <br><br> JOINT CASE MANAGEMENT STATEMENT, REQUEST FOR CONTINUANCE AND ~~PROPOSED~~ ORDER |

The parties report the status of this case as follows:

The matter has been set for mediation and the mediators have been appointed. The pre-mediation telephone call is presently set for March 28, 2012. It appears that the mediation will occur sometime in April 2012 or the first week of May 2012.

The parties respectfully request that the Case Management Conference presently set for April 6, 2012 be continued to May 25, 2012 at 1:30 p.m.

////

////

////

////

JOINT CASE MANAGEMENT STATEMENT, REQUEST FOR CONTINUANCE AND ~~PROPOSED~~ ORDER    1

1  DATED: March 27, 2012          ERSKINE & TULLEY
2                                 A PROFESSIONAL CORPORATION
3                                 By: _____
4                                      Michael J. Carroll
                                       Attorneys for Plaintiffs
5
6  DATED: March 26, 2012          LAW OFFICE OF NILESH CHOUDHARY
7                                 By: _____
8                                      Nilesh Choudhary
                                       Attorneys for Defendant
9
10                                O R D E R
11 IT IS SO ORDERED.
12
13 DATED: __March 30, 2012__       Magistrate Judge Joseph C. Spero
14
...
28

JOINT CASE MANAGEMENT STATEMENT, REQUEST FOR CONTINUANCE AND PROPOSED ORDER    2