ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415) 729-9006
Facsimile: (415) 729-9023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STANTON MECHANICAL, etc., <br><br> Defendant. | NO. C 11 4484 JCS <br><br> JOINT CASE MANAGEMENT STATEMENT, REQUEST FOR CONTINUANCE AND ~~PROPOSED~~ ORDER |

The parties report the status of this case as follows:

The matter has been set for mediation and the mediators have been appointed. The pre-mediation telephone call is presently set for March 28, 2012. It appears that the mediation will occur sometime in April 2012 or the first week of May 2012.

The parties respectfully request that the Case Management Conference presently set for April 6, 2012 be continued to May 25, 2012 at 1:30 p.m.

////

////

////

////

JOINT CASE MANAGEMENT STATEMENT, REQUEST FOR CONTINUANCE AND ~~PROPOSED~~ ORDER    1

DATED: March 27, 2012

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

By: _____
Michael J. Carroll
Attorneys for Plaintiffs

DATED: March 26, 2012

LAW OFFICE OF NILESH CHOUDHARY

By: _____
Nilesh Choudhary
Attorneys for Defendant

O R D E R

IT IS SO ORDERED.

DATED: March 30, 2012    _____
Magistrate Judge Joseph C. Spero

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]