1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 231
3  Sausalito, CA 94965
   Telephone: (415) 729-9006
4  Facsimile: (415) 729-9023

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE NORTHERN   )   NO.  C 11 4484 JCS
   CALIFORNIA SHEET METAL, et al.,    )
12                                    )   STIPULATION TO CONTINUE
                          Plaintiffs, )   MEDIATION DEADLINE AND
13                                    )   CASE MANAGEMENT
              vs.                     )   CONFERENCE; ORDER
14                                    )
   STANTON MECHANICAL, etc.,          )
15                                    )
                          Defendant.  )
16 _____  )

17        The parties report the status of this case as follows:

18        The primary issue in the case is plaintiffs' alleged right

19 to collect fringe benefits under ERISA.  Defendant contends that it

20 has terminated its contract with the union.  The union filed an unfair

21 labor charge against defendant.

22        On April 24, 2012 an Administrative Law Judge held a hearing

23 on the charge.  Final briefs are due May 22, 2012 and a decision is

24 expected shortly thereafter.

25        The parties have met and conferred with the mediator chosen

26 as part of the ADR procedure.  All of us agree that mediation cannot

27 be comprehensive and helpful until we know the NLRB decision,

28 therefore

STIPULATION TO CONTINUE MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE;
ORDER                                    1

1  IT IS HEREBY STIPULATED that a new mediation date in this
2 case is set for June 21, 2012. The mediation deadline is extended to
3 July 1, 2012 and the case management conference is continued from May
4 25, 2012 to July 13, 2012.

5 DATED: May 1, 2012					ERSKINE & TULLEY
							A PROFESSIONAL CORPORATION
6
7							By: /s/ Michael J. Carroll
							    Michael J. Carroll
8							    Attorneys for Plaintiffs

9 DATED: May 1, 2012					LAW OFFICE OF NILESH CHOUDHARY
10
11							By: /s/ Nilesh Choudhary
							    Nilesh Choudhary
12							    Attorneys for Defendant

13
14					O R D E R

15 IT IS SO ORDERED.

16 DATED: 5/2/12					_____
17							Magistrate Judge Joseph C. Spero

STIPULATION TO CONTINUE MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE;
ORDER								2