ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415) 729-9006
Facsimile: (415) 729-9023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL, et al., | ) ) ) | NO.  C 11 4484 JCS |
| Plaintiffs, | ) ) | STIPULATION TO CONTINUE MEDIATION DEADLINE AND CASE MANAGEMENT |
| vs. | ) ) | CONFERENCE; ORDER |
| STANTON MECHANICAL, etc., | ) ) | |
| Defendant. | ) ) | |

The parties report the status of this case as follows:

The primary issue in the case is plaintiffs' alleged right to collect fringe benefits under ERISA.  Defendant contends that it has terminated its contract with the union.  The union filed an unfair labor charge against defendant.

On April 24, 2012 an Administrative Law Judge held a hearing on the charge.  Final briefs are due May 22, 2012 and a decision is expected shortly thereafter.

The parties have met and conferred with the mediator chosen as part of the ADR procedure.  All of us agree that mediation cannot be comprehensive and helpful until we know the NLRB decision, therefore

STIPULATION TO CONTINUE MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE;
ORDER                    1

1         IT IS HEREBY STIPULATED that a new mediation date in this

2 case is set for June 21, 2012. The mediation deadline is extended to

3 July 1, 2012 and the case management conference is continued from May

4 25, 2012 to July 13, 2012.

5 DATED: May 1, 2012               ERSKINE & TULLEY
                                      A PROFESSIONAL CORPORATION

6

7                                      By: /s/ Michael J. Carroll
                                         Michael J. Carroll

8                                          Attorneys for Plaintiffs

9

10 DATED: May 1, 2012               LAW OFFICE OF NILESH CHOUDHARY

11                                      By: /s/ Nilesh Choudhary

12                                          Nilesh Choudhary
                                       Attorneys for Defendant

13

14                         O R D E R

15 IT IS SO ORDERED.

16 DATED: _____5/2/12_____

17                                      Magistrate Judge Joseph C. Spero

18

19

20

21

22

23

24

25

26

27

28