ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415) 729-9006
Facsimile: (415) 729-9023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL, et al., | ) ) ) | NO. C 11 4484 JCS |
|---|---|---|
| Plaintiffs, | ) ) ) | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER |
| vs. | ) ) | |
| STANTON MECHANICAL, etc., | ) ) | |
| Defendant. | ) ) | |

The parties report the status of this case as follows:

The primary issue in the case is plaintiffs' alleged right to collect fringe benefits under ERISA. Defendant contends that it has terminated its contract with the union. The union filed an unfair labor charge against defendant.

On April 24, 2012 an Administrative Law Judge held a hearing on the charge. Final briefs were filed. As of this date, there has been no decision in the pending NLRB proceeding.

The matter is set for mediation on July 11, 2012.

The parties respectfully request a continuance of the Case Management Conference.

////

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER          1

1  IT IS HEREBY STIPULATED that the Case Management Conference
2 be continued from July 13, 2012 to August ~~24~~ 31 - JCS, 2012.

3 DATED: July 5, 2012                ERSKINE & TULLEY
                                     A PROFESSIONAL CORPORATION
4

5                                    By: /s/ Michael J. Carroll
                                         Michael J. Carroll
6                                        Attorneys for Plaintiffs

7
  DATED: July 5, 2012                LAW OFFICE OF NILESH CHOUDHARY
8

9                                    By: /s/ Nilesh Choudhary
                                         Nilesh Choudhary
10                                       Attorneys for Defendant

11

12                       O R D E R

13 IT IS SO ORDERED.

14
   DATED: __July 9, 2012__           _____
15                                   Magistrate Judge Joseph C. Spero

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero — United States District Court, Northern District of California]

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER        2