```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415) 729-9006
Facsimile: (415) 729-9023
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STANTON MECHANICAL, etc., <br><br> Defendant. | NO. C 11 4484 JCS <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER |

The parties report the status of this case as follows:

The primary issue in the case is plaintiffs' alleged right to collect fringe benefits under ERISA. Defendant contends that it has terminated its contract with the union. The union filed an unfair labor charge against defendant.

On April 24, 2012 an Administrative Law Judge held a hearing on the charge. Final briefs were filed. As of this date, there has been no decision in the pending NLRB proceeding.

The matter is set for mediation on July 11, 2012.

The parties respectfully request a continuance of the Case Management Conference.

////

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER                1

IT IS HEREBY STIPULATED that the Case Management Conference be continued from July 13, 2012 to August ~~24~~ 31 - JCS, 2012.

DATED: July 5, 2012         ERSKINE & TULLEY
                            A PROFESSIONAL CORPORATION

                            By: /s/ Michael J. Carroll
                                Michael J. Carroll
                                Attorneys for Plaintiffs

DATED: July 5, 2012         LAW OFFICE OF NILESH CHOUDHARY

                            By: /s/ Nilesh Choudhary
                                Nilesh Choudhary
                                Attorneys for Defendant

O R D E R

IT IS SO ORDERED.

DATED: July 9, 2012         _____
                            Magistrate Judge Joseph C. Spero

*IT IS SO ORDERED AS MODIFIED* — Judge Joseph C. Spero

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER            2