RONALD W. BROWN, ESQ. (SBN 107340)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant STANTON MECHANICAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> STANTON MECHANICAL, INC., <br><br> Defendant. | Case No. CV-11-4484 <br><br> **DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** <br><br> Action Filed: September 8, 2011 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, please take notice that Defendant STANTON MECHANICAL, INC. hereby makes the following substitution of counsel of record:

Former Counsel of Record:

Nilesh Choudhary, Esq. (SBN 219425)
LAW OFFICE OF NILESH CHOUDHARY
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
T. 916.526.2770 | F. 916.740.4672

Should be removed and, consequently, should no longer receive notice of e-filings.

\ \ \

\ \ \

\ \ \

---

O:\94495\9057\Pld\Attorney Substitution.docx       1       SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

Defendant STANTON MECHANICAL, INC.'s new counsel of record will be:

Ronald W. Brown, Esq. (SBN 107340)
COOK BROWN, LLP
555 Capitol Mall, Suite 425
Sacramento, CA 95814
T. 916.442.3100 | F. 916.442.4227
Email: rbrown@cookbrown.com

The following attorneys and parties consent to this substitution:

COOK BROWN, LLP

Dated: 8/17/12          By: _____
                             RONALD W. BROWN


LAW OFFICES OF NILESH CHOUDHARY

Dated: 8/14/2012        By: _____
                             NILESH CHOUDHARY


STANTON MECHANICAL, INC.

Dated: 08/15/2012       By: _____
                             THOMAS STANTON
                             President

**ORDER**

IT IS SO ORDERED.

Dated: 8/22/12          _____
                        MAGISTRATE JUDGE JOSEPH C. SPERO
                        United States District Court
                        Northern District of California

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

O:\94495\9057\Pld\Attorney Substitution.docx          2