RONALD W. BROWN, ESQ. (SBN 107340)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant STANTON MECHANICAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL, ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>STANTON MECHANICAL, INC.,<br><br>Defendant. | Case No. CV-11-4484<br><br>**DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>Action Filed: September 8, 2011 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, please take notice that Defendant STANTON MECHANICAL, INC. hereby makes the following substitution of counsel of record:

Former Counsel of Record:

Nilesh Choudhary, Esq. (SBN 219425)
LAW OFFICE OF NILESH CHOUDHARY
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
T. 916.526.2770 | F. 916.740.4672

Should be removed and, consequently, should no longer receive notice of e-filings.

\ \ \

\ \ \

\ \ \

---

Defendant STANTON MECHANICAL, INC.'s new counsel of record will be:

Ronald W. Brown, Esq. (SBN 107340)
COOK BROWN, LLP
555 Capitol Mall, Suite 425
Sacramento, CA 95814
T. 916.442.3100 | F. 916.442.4227
Email: rbrown@cookbrown.com

The following attorneys and parties consent to this substitution:

COOK BROWN, LLP

Dated: 8/17/12    By: _____
                      RONALD W. BROWN

LAW OFFICES OF NILESH CHOUDHARY

Dated: 8/14/2012    By: _____
                        NILESH CHOUDHARY

STANTON MECHANICAL, INC.

Dated: 08/15/2012   By: _____
                        THOMAS STANTON
                        President

**ORDER**

IT IS SO ORDERED.

Dated: 8/22/12

_____
MAGISTRATE JUDGE JOSEPH C. SPERO
United States District Court
Northern District of California

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER
2