1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 231
3  Sausalito, CA 94965
   Telephone:  (415) 729-9006
4  Facsimile:  (415) 729-9023

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE NORTHERN   )   NO.  C 11 4484 JCS
   CALIFORNIA SHEET METAL, et al.,    )
12                                    )   JOINT CASE MANAGEMENT
                       Plaintiffs,    )   STATEMENT; REQUEST FOR
13                                    )   CONTINUANCE; ORDER
         vs.                          )   CASE MANAGEMENT
14                                    )   CONFERENCE
   STANTON MECHANICAL, etc.,          )   DATE: 8/31/12
15                                    )   TIME: 1:30 p.m.
                       Defendant.     )
16 _____)

17

18         The parties to the above-entitled action jointly submit this

19  Case Management Statement and Proposed Order and request the Court to

20  adopt it as its Case Management Order in this case.

21         1.   Defendant has retained new counsel to represent Stanton

22  Mechanical in this proceeding.  Please see the Notice of Substitution

23  filed 8/21/12, and awaiting the Court's signature.  The parties are

24  engaged in serious settlement discussions and request a continuance

25  of 30 days to see if those talks produce results.

26  ////

27  ////

28  ////

JOINT CM STATEMENT; REQUEST FOR CONTINUANCE; ORDER                    1

1  ////
2  DATED: August __, 2012              ERSKINE & TULLEY
                                       A PROFESSIONAL CORPORATION
3
4                                      By: _____
                                           Michael J. Carroll
5                                          Attorneys for Plaintiffs

6
   DATED: August 22, 2012              COOK-BROWN
7
8                                      By: _____
                                           Ronald W. Brown
9                                          Attorneys for Defendant

10

11                                  O R D E R

12  IT IS ORDERED that the Case Management Conference be continued from
                              October 5, 2012
13  August 31, 2012 to ~~September 28, 2012~~ at 1:30 p.m.

14  DATED: __8/23/12_____          __/s/ Joseph C. Spero_____
                                        Magistrate Judge Joseph C. Spero
15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CM STATEMENT; REQUEST FOR CONTINUANCE; ORDER                    2