```
 1 │ ERSKINE & TULLEY
   │ A PROFESSIONAL CORPORATION
 2 │ MICHAEL J. CARROLL (St. Bar #50246)
   │ 3030 Bridgeway, Suite 231
 3 │ Sausalito, CA 94965
   │ Telephone:  (415) 729-9006
 4 │ Facsimile:  (415) 729-9023
 5 │ Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL, et al., | ) ) ) | NO. C 11 4484 JCS |
|---|---|---|
| Plaintiffs, | ) ) ) | JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE; ORDER |
| vs. | ) ) | CASE MANAGEMENT CONFERENCE |
| STANTON MECHANICAL, etc., | ) ) | DATE: 8/31/12 TIME: 1:30 p.m. |
| Defendant. | ) ) | |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

1. Defendant has retained new counsel to represent Stanton Mechanical in this proceeding. Please see the Notice of Substitution filed 8/21/12, and awaiting the Court's signature. The parties are engaged in serious settlement discussions and request a continuance of 30 days to see if those talks produce results.

////
////
////

JOINT CM STATEMENT; REQUEST FOR CONTINUANCE; ORDER                                    1

////

DATED: August 20, 2012

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

By: _____
    Michael J. Carroll
    Attorneys for Plaintiffs

DATED: August 22, 2012

COOK-BROWN

By: _____
    Ronald W. Brown
    Attorneys for Defendant

O R D E R

IT IS ORDERED that the Case Management Conference be continued from August 31, 2012 to ~~September 28, 2012~~ October 5, 2012 at 1:30 p.m.

DATED: 8/23/12                    /s/ Joseph C. Spero
                                  Magistrate Judge Joseph C. Spero