```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone:  (415) 729-9006
Facsimile:  (415) 729-9023
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STANTON MECHANICAL, etc., <br><br> Defendant. | NO. C 11 4484 JCS <br><br> JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE; ORDER <br><br> CASE MANAGEMENT CONFERENCE <br> DATE: 10/5/12 <br> TIME: 1:30 p.m. |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

1. Defendant has retained new counsel to represent Stanton Mechanical in this proceeding. The parties are engaged in serious settlement discussions. Defendant has provided requested wage and hour information as recently as September 21, 2012. The parties need more time to see if a settlement is feasible, and request one more continuance of 30 days to see if those talks produce results.

////

////

JOINT CM STATEMENT; REQUEST FOR CONTINUANCE; ORDER            1

```
DATED: September 27, 2012          ERSKINE & TULLEY
                                   A PROFESSIONAL CORPORATION


                                   By: /s/ Michael J. Carroll
                                       Michael J. Carroll
                                       Attorneys for Plaintiffs


DATED: September 27, 2012          COOK-BROWN


                                   By: /s/ Brian Bertossa
                                       Brian Bertossa
                                       Attorneys for Defendant
```

O R D E R

IT IS ORDERED that the Case Management Conference be continued from October 5, 2012 to November 2, 2012 at 1:30 p.m.

DATED: Oct. 1, 2012

Magistrate Judge Joseph C. Spero

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

JOINT CM STATEMENT; REQUEST FOR CONTINUANCE; ORDER           2