```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    3030 Bridgeway, Suite 231
 3  Sausalito, CA 94965
    Telephone:  (415) 729-9006
 4  Facsimile:  (415) 729-9023

 5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STANTON MECHANICAL, etc., <br><br> Defendant. | NO.  C 11 4484 JCS <br><br> JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE; ORDER <br><br> CASE MANAGEMENT CONFERENCE <br> DATE: 10/5/12 <br> TIME: 1:30 p.m. |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

1. Defendant has retained new counsel to represent Stanton Mechanical in this proceeding. The parties are engaged in serious settlement discussions. Defendant has provided requested wage and hour information as recently as September 21, 2012. The parties need more time to see if a settlement is feasible, and request one more continuance of 30 days to see if those talks produce results.

////

////

JOINT CM STATEMENT; REQUEST FOR CONTINUANCE; ORDER          1

```
1  DATED: September 27, 2012          ERSKINE & TULLEY
                                      A PROFESSIONAL CORPORATION
2

3                                     By: /s/ Michael J. Carroll
                                          Michael J. Carroll
4                                         Attorneys for Plaintiffs

5
   DATED: September 27, 2012          COOK-BROWN
6

7                                     By: /s/ Brian Bertossa
                                          Brian Bertossa
8                                         Attorneys for Defendant
```

## O R D E R

IT IS ORDERED that the Case Management Conference be continued from October 5, 2012 to November 2, 2012 at 1:30 p.m.

DATED: Oct. 1, 2012

Magistrate Judge Joseph C. Spero

JOINT CM STATEMENT; REQUEST FOR CONTINUANCE; ORDER          2