```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    3030 Bridgeway, Suite 231
 3  Sausalito, CA 94965
    Telephone:  (415) 729-9006
 4  Facsimile:  (415) 729-9023

 5  Attorneys for Plaintiffs

 6

 7

 8                UNITED STATES DISTRICT COURT

 9                NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE NORTHERN  )  NO.  C 11 4484 JCS
    CALIFORNIA SHEET METAL, et al.,    )
12                                     )  JOINT CASE MANAGEMENT
                         Plaintiffs,   )  STATEMENT; REQUEST FOR
13                                     )  CONTINUANCE; ORDER
                   vs.                 )  CASE MANAGEMENT
14                                     )  CONFERENCE
    STANTON MECHANICAL, etc.,          )  DATE: 11/2/12
15                                     )  TIME: 1:30 p.m.
                         Defendant.    )
16  _____  )

17

18       The parties to the above-entitled action jointly submit this

19  Case Management Statement and Proposed Order and request the Court to

20  adopt it as its Case Management Order in this case.

21       1.  Defendant has retained new counsel to represent Stanton

22  Mechanical in this proceeding.  The parties are engaged in serious

23  settlement discussions.  Defendant has provided requested wage and

24  hour information as needed to compute its liability.  Defendant has

25  ////

26  ////

27  ////

28  ////
```

JOINT CM STATEMENT; REQUEST FOR CONTINUANCE; ORDER                    1

made a settlement proposal which will be responded to no later than November 7, 2012 when the Ways and Means Committee meets.

The parties request that the hearing be continued for two weeks so the result of plaintiffs' deliberations will be known.

DATED: October 23, 2012

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

By: _____
Michael J. Carroll
Attorneys for Plaintiffs

DATED: October 23, 2012

COOK-BROWN

By: _____
Ronald W. Brown
Attorneys for Defendant

O R D E R

IT IS ORDERED that the Case Management Conference be continued from November 2, 2012 to November 16, 2012 at 1:30 p.m.

DATED: 10/24/12

_____
Magistrate Judge Joseph C. Spero