ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415) 729-9006
Facsimile: (415) 729-9023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE NORTHERN ) NO. C 11 4484 JCS
CALIFORNIA SHEET METAL, et al., )
) JOINT CASE MANAGEMENT
             Plaintiffs, ) STATEMENT
) CASE MANAGEMENT
   vs. ) CONFERENCE
) DATE: 11/16/12
STANTON MECHANICAL, etc., ) TIME: 1:30 p.m.
)
             Defendant. )
_____)

      The parties to the above-entitled action jointly submit this Case Management Statement and request the Court to adopt it as its Case Management Order in this case.

      The parties have engaged in serious settlement discussions but have been unable to settle the case, which should now proceed.

////
////
////
////
////
////
////

JOINT CASE MANAGEMENT STATEMENT          1

Defendant's counsel respectfully requests the opportunity to appear by phone.

DATED: November 7, 2012

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

By: _____
Michael J. Carroll
Attorneys for Plaintiffs

DATED: November 7, 2012

COOK-BROWN

By: _____
Ronald W. Brown
Attorneys for Defendant

IT IS HEREBY ORDERED that Ronald W. Brown, counsel for Defendant, shall be on phone standby beginning at 1:30 PM and await the Court's call. Mr. Brown shall contact the clerk by 11/14/12 with a direct land line phone number.

Dated: 11/9/12

IT IS SO ORDERED AS MODIFIED

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA