1 ERSKINE & TULLEY
  A PROFESSIONAL CORPORATION
2 MICHAEL J. CARROLL (St. Bar #50246)
  3030 Bridgeway, Suite 231
3 Sausalito, CA 94965
  Telephone:  (415) 729-9006
4 Facsimile:  (415) 729-9023

5 Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE NORTHERN    )    NO.  C 11 4484 JCS
   CALIFORNIA SHEET METAL, et al.,     )
12                                     )    STIPULATION REGARDING
                           Plaintiffs, )    SUMMARY JUDGMENT
13                                     )    BRIEFING SCHEDULE
              vs.                      )
14                                     )
   STANTON MECHANICAL, etc.,           )
15                                     )
                           Defendant.  )
16 _____ )

17          The parties stipulate to the following Summary Judgment

18 briefing schedule:

19          February 8, 2013: Motion filing date

20          February 22, 2013: Opposition due date

21          March 1, 2013: Reply due date

22          March 29, 2013: Motion hearing date

23 ////

24 ////

25 ////

26 ////

27 ////

28 ////

1  DATED: November __, 2012          ERSKINE & TULLEY
                                     A PROFESSIONAL CORPORATION
2

3                                    By:_____/s/__Michael J. Carroll_____
                                         Michael  J.  Carroll
4                                        Attorneys  for  Plaintiffs

5
   DATED: November __, 2012          COOK  BROWN  LLP
6

7                                    By:_____/s/ Ronald W. Brown_____
                                         Ronald  W.  Brown
8                                        Attorneys  for  Defendant

9

10                          O R D E R

11 IT  IS  SO  ORDERED.

12
   DATED:  ___November 28, 2012____
13                                   Magistr                    h C.  Spero

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28