# COOK | BROWN LLP
ATTORNEYS AT LAW

DENNIS B. COOK
RONALD W. BROWN
GEOFFREY F. GEGA
BRIAN D. BERTOSSA
TERRY A. WILLS
CARRIE E. BUSHMAN
BARBARA A. COTTER
LISA V. RYAN
REGINA SILVA
STEPHEN R. MCCUTCHEON
MEG E. WILSON
GRANT R. ZEHNDER

OF COUNSEL
DEBRA HINSHAW VIERRA

April 11, 2013

**ELECTRONICALLY FILED**

United States District Court
Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

    Re:    Board of Trustees, et al. v. Stanton Mechanical, Inc.
             Case NO. C-11-4484

Dear Clerk:

This letter shall serve as defendant Stanton Mechanical, Inc.'s formal request to appear at the April 19, 2013 hearing on Plaintiff's Motion for Summary Judgment by telephone. As counsel for defendant, I will be on telephone standby beginning at 9:30 a.m. My direct telephone number where I can be reached is 916-329-3602.

If you have any questions, please do not hesitate to contact my office.

                                        Sincerely,

Dated: 4/12/13                   COOK BROWN, LLP

*IT IS SO ORDERED*
*Judge Joseph C. Spero*

                                        RONALD W. BROWN

cc:    Muriel B. Kaplan
        Saltzman & Johnson Law Corporation
        (via ECF)

Court 041113.docx

RESPOND TO:

1851 E. FIRST STREET, SUITE 1440      555 CAPITOL MALL, SUITE 425      450 LINCOLN AVENUE, SUITE 202
SANTA ANA, CALIFORNIA 92705-4044      SACRAMENTO, CALIFORNIA 95814-4503      SALINAS, CALIFORNIA 93901-2686
T 714.542.1683   F 714.542.1009      T 916.442.3100   F 916.442.4227      T 831.755.7940   F 831.755.7944

WWW.COOKBROWN.COM